**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

NOAH JOHNSON, III                                                                            PLAINTIFF

v.                                           **Case No. 3:24-cv-00140-KGB**

MISSISSIPPI COUNTY DETENTION CENTER                                      DEFENDANT

**ORDER**

When plaintiff Noah Johnson, III filed this lawsuit, he was in custody at the Mississippi County Detention Center ("MCDC") (Dkt. No. 1).  On August 20, 2024, August 21, 2024, and November 13, 2024, mail to Johnson at the MCDC was returned undeliverable (Dkt. Nos. 3; 4; 6).  As a result, on March 18, 2025, the Court entered a show cause Order to require Johnson to inform the Court of his current contact information within 30 days of the entry of the Order (Dkt. No. 7).  The Court notified Johnson that his failure to provide the Court with a valid mailing address within 30 days of the entry of the Order may result in dismissal of this case without prejudice for failure to prosecute (*Id.*).  *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.  As of the date of this Order, Johnson has not complied with or otherwise responded to the Court's March 18, 2025, Order, and the time for doing so has passed.  Accordingly, the Court adopts the pending Proposed Findings and Recommendation and dismisses without prejudice Johnson's complaint for failure to prosecute (Dkt. Nos. 5; 1).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge