# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**NOAH JOHNSON, III**                                                        **PLAINTIFF**

**v.**                        **Case No. 3:24-cv-00140-KGB**

**MISSISSIPPI COUNTY DETENTION CENTER**                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Noah Johnson, III's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge